**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd.,<br><br>        Debtor. [1]<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 26-16388 (CMG) |
| In re:<br><br>Rolling Hills Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 88-2342968 | Chapter 11<br><br>Case No. 26-16377 (CMG) |
| In re:<br><br>Rolling Hills Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 88-2343087 | Chapter 11<br><br>Case No. 26-16379 (CMG) |

Order Filed on June 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**DATED: June 8, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

---

[1]      A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

| | |
|---|---|
| In re:<br><br>Country Roads Operatingco LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 46-3689261 | Chapter 11<br><br>Case No. 26-16381 (CMG) |
| In re:<br><br>Country Roads Landco LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 46-3694321 | Chapter 11<br><br>Case No. 26-16382 (CMG) |
| In re:<br><br>Eagle's Landing Day Camp LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 45-3645311 | Chapter 11<br><br>Case No. 26-16384 (CMG) |
| In re:<br><br>Meadowbrook Operatingco LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 81-2291099 | Chapter 11<br><br>Case No. 26-16385 (CMG) |
| In re:<br><br>Meadowbrook Landco LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 81-2291751 | Chapter 11<br><br>Case No. 26-16386 (CMG) |
| In re:<br><br>Mill Road Landco LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 45-3645276 | Chapter 11<br><br>Case No. 26-16387 (CMG) |
| In re:<br><br>Intermediate SIMAD 1 LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 39-5063204 | Chapter 11<br><br>Case No. 26-16389 (CMG) |

| | |
|---|---|
| In re:<br><br>SIMAD Equities LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 42-2770174 | Chapter 11<br><br>Case No. 26-16390 (CMG) |
| In re:<br><br>Achim Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-5116363 | Chapter 11<br><br>Case No. 26-16391(CMG) |
| In re:<br><br>BAHS Holdings LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 74-3230074 | Chapter 11<br><br>Case No. 26-16392 (CMG) |
| In re:<br><br>Achim Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-5116413 | Chapter 11<br><br>Case No. 26-16393 (CMG) |
| In re:<br><br>BAHS Operating Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 74-3230075 | Chapter 11<br><br>Case No. 26-16394 (CMG) |
| In re:<br><br>Banner Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-4143422 | Chapter 11<br><br>Case No. 26-16395 (CMG) |
| In re:<br><br>Banner Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-4138660 | Chapter 11<br><br>Case No. 26-16396 (CMG) |

| | |
|---|---|
| In re: | |
| Belgrade Lakes Summer Camps LLC, | Chapter 11 |
| Debtor. | Case No. 26-16397 (CMG) |
| Tax I.D. No. 45-0949107 | |
| In re: | |
| Bluestar Landco, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16398 (CMG) |
| Tax I.D. No. 45-4400233 | |
| In re: | |
| Camp Med-O-Lark, Inc., | Chapter 11 |
| Debtor. | Case No. 26-16399 (CMG) |
| Tax I.D. No. 20-5014808 | |
| In re: | |
| Bluestar Operatingco, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16400 (CMG) |
| Tax I.D. No. 45-4400170 | |
| In re: | |
| Chateaugay Landco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16401 (CMG) |
| Tax I.D. No. 88-2103300 | |
| In re: | |
| Club Getaway Operatingco, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16402 (CMG) |
| Tax I.D. No. 45-4740799 | |
| In re: | |
| Chateaugay Campco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16403 (CMG) |
| Tax I.D. No. 88-2103193 | |

| | |
|---|---|
| In re:<br><br>Green Lane Operatingco, LLC,<br><br>          Debtor.<br>Tax I.D. No. 45-2798472 | Chapter 11<br><br>Case No. 26-16404 (CMG) |
| In re:<br><br>Club Getaway Landco, LLC,<br><br>          Debtor.<br>Tax I.D. No. 45-2798554 | Chapter 11<br><br>Case No. 26-16405 (CMG) |
| In re:<br><br>IAFALANDCO, LLC,<br><br>          Debtor.<br>Tax I.D. No. 45-0968508 | Chapter 11<br><br>Case No. 26-16406 (CMG) |
| In re:<br><br>Island Lake Campco LLC,<br><br>          Debtor.<br>Tax I.D. No. 86-1798046 | Chapter 11<br><br>Case No. 26-16408 (CMG) |
| In re:<br><br>Green Lane Landco, LLC,<br><br>          Debtor.<br>Tax I.D. No. 45-2798554 | Chapter 11<br><br>Case No. 26-16409 (CMG) |
| In re:<br><br>Kiwi Operatingco LLC,<br><br>          Debtor.<br>Tax I.D. No. 46-2004866 | Chapter 11<br><br>Case No. 26-16410 (CMG) |
| In re:<br><br>Greenvilleland LLC,<br><br>          Debtor.<br>Tax I.D. No. 26-4101514 | Chapter 11<br><br>Case No. 26-16411 (CMG) |

| | |
|---|---|
| In re:<br><br>Waukeela Operatingco LLC,<br><br>           Debtor.<br>Tax I.D. No. 46-5389007 | Chapter 11<br><br>Case No. 26-16412 (CMG) |
| In re:<br><br>IAFAOPERATINGCO, LLC,<br><br>           Debtor.<br>Tax I.D. No. 45-0968199 | Chapter 11<br><br>Case No. 26-16414 |
| In re:<br><br>MaineWekeelaco, LLC,<br><br>           Debtor.<br>Tax I.D. No. 26-3837189 | Chapter 11<br><br>Case No. 26-16415 (CMG) |
| In re:<br><br>Mesorahco LLC,<br><br>           Debtor.<br>Tax I.D. No. 36-4643144 | Chapter 11<br><br>Case No. 26-16416 (CMG) |
| In re:<br><br>Island Lake Landco LLC,<br><br>           Debtor.<br>Tax I.D. No. 86-1798144 | Chapter 11<br><br>Case No. 26-16417 (CMG) |
| In re:<br><br>Mogenavco LLC,<br><br>           Debtor.<br>Tax I.D. No. 45-3694326 | Chapter 11<br><br>Case No. 26-16418 (CMG) |
| In re:<br><br>Lavco LLC,<br><br>           Debtor.<br>Tax I.D. No. 35-2323566 | Chapter 11<br><br>Case No. 26-16419 (CMG) |

| | |
|---|---|
| In re:<br><br>Mohawkcampco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-1471724 | Chapter 11<br><br>Case No. 26-16420 (CMG) |
| In re:<br><br>Pine Forest Campco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 88-2442248 | Chapter 11<br><br>Case No. 26-16421 (CMG) |
| In re:<br><br>Lavland LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2323567 | Chapter 11<br><br>Case No. 26-16422 (CMG) |
| In re:<br><br>Poland Campco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-3844127 | Chapter 11<br><br>Case No. 26-16423 (CMG) |
| In re:<br><br>Malka Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-4390589 | Chapter 11<br><br>Case No. 26-16424 (CMG) |
| In re:<br><br>RDM Camps, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 26-1952560 | Chapter 11<br><br>Case No. 26-16425 (CMG) |
| In re:<br><br>Shab Operating Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 74-3230078 | Chapter 11<br><br>Case No. 26-16426 (CMG) |

| | |
|---|---|
| In re:<br><br>Mesorahland LLC<br><br>           Debtor.<br>Tax I.D. No. 36-4643146 | Chapter 11<br><br>Case No. 26-16427 (CMG) |
| In re:<br><br>Washington Lake, LLC,<br><br>           Debtor.<br>Tax I.D. No. 20-8813633 | Chapter 11<br><br>Case No. 26-16428 (CMG) |
| In re:<br><br>Mogenavland LLC,<br><br>           Debtor.<br>Tax I.D. No. 27-3389041 | Chapter 11<br><br>Case No. 26-16429 (CMG) |
| In re:<br><br>Wekeeland LLC,<br><br>           Debtor.<br>Tax I.D. No. 26-3837359 | Chapter 11<br><br>Case No. 26-16430 (CMG) |
| In re:<br><br>Mohawkland LLC,<br><br>           Debtor.<br>Tax I.D. No. 27-1471693 | Chapter 11<br><br>Case No. 26-16431 (CMG) |
| In re:<br><br>WM Land, LLC,<br><br>           Debtor.<br>Tax I.D. No. 27-1766957 | Chapter 11<br><br>Case No. 26-16432 (CMG) |
| In re:<br><br>Pine Forest Landco LLC,<br><br>           Debtor.<br>Tax I.D. No. 88-2442329 | Chapter 11<br><br>Case No. 26-16433 (CMG) |

| | |
|---|---|
| In re:<br><br>WM Camp, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-1682216 | Chapter 11<br><br>Case No. 26-16434 (CMG) |
| In re:<br><br>Poland Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-3857131 | Chapter 11<br><br>Case No. 26-16435 (CMG) |
| In re:<br><br>Waukeela Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-5389007 | Chapter 11<br><br>Case No. 26-16436 (CMG) |
| In re:<br><br>Summit Camp, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-0288081 | Chapter 11<br><br>Case No. 26-16437 (CMG) |
| In re:<br><br>Shab Holdings LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 74-3230077 | Chapter 11<br><br>Case No. 26-16438 (CMG) |
| In re:<br><br>One Canal Place Leasing LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 41-4070566 | Chapter 11<br><br>Case No. 26-16549 (CMG) |
| In re:<br><br>One Canal Place Real Estate LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 41-4070964 | Chapter 11<br><br>Case No. 26-16550 (CMG) |

| | |
|---|---|
| In re:<br><br>Quadstar Realty LLC,<br><br>     Debtor.<br>Tax I.D. No. 82-4691831 | Chapter 11<br><br>Case No. 26-16567 (CMG) |
| In re:<br><br>Mohawk Country Day School, Inc.,<br><br>     Debtor.<br>Tax I.D. No. 13-2565981 | Chapter 11<br><br>Case No. 26-16568 (CMG) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered eleven (11) through fourteen (14), is

**ORDERED.**

(Page 11)

| | |
|---|---|
| Debtors: | SIMAD Holdings Ltd., *et al.* |
| Case No. | Case No. 26-16388 (CMG) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

Upon the *SIMAD Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors"), for entry of an order (this "Order") (a) authorizing the SIMAD Debtors to direct the joint administration of the SIMAD Debtors' chapter 11 cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the SIMAD Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

---

[2]    Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page 12)

| | |
|---|---|
| Debtors: | SIMAD Holdings Ltd., *et al*. |
| Case No. | Case No. 26-16388 (CMG) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

The Motion is **GRANTED** as set forth herein.

1.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

2.      The above-captioned cases hereby are jointly administered by this Court for procedural purposes only.

3.      Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the SIMAD Debtors to seek entry of an order substantively consolidating their respective cases.

4.      The SIMAD Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5.      All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

6.      The caption shown in **Exhibit 1** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

7.      All lists, schedules, and statements shall be filed and docketed in the specific SIMAD Debtor's case to which they are applicable.

8.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9.      If pleadings, papers, or documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been

(Page 13)

| | |
|---|---|
| Debtors: | SIMAD Holdings Ltd., *et al.* |
| Case No. | Case No. 26-16388 (CMG) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

10.     The Clerk shall file a copy of this Order in the Lead Case and each of the affiliated SIMAD Debtor cases. A docket entry shall be made in each of the above-captioned chapter 11 cases, except the chapter 11 case of SIMAD Holdings Ltd. substantially as follows:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors. All further pleadings and papers shall be filed in, and all further docket entries shall be made in, the docket of SIMAD Holdings Ltd., Case No. 26-16388 (CMG), and that docket should be consulted for all matters affecting these chapter 11 cases.

11.     The SIMAD Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

12.     The SIMAD Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

13.     Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

14.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

(Page 14)

Debtors:                SIMAD Holdings Ltd., *et al.*
Case No.                Case No. 26-16388 (CMG)
Caption of Order:       Order (I) Directing Joint Administration of Chapter 11 Cases and
                        (II) Granting Related Relief

15.     Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

16.     All parties' rights to object to the joint administration of the SIMAD Debtors' chapter 11 cases are reserved.

17.     The SIMAD Debtors shall serve a copy of this Order on (i) the Bond Trustee, (ii) the U.S. Trustee, (iii) the MCA Lenders, and (iv) any other party in interest in interest that is entitled to notice as the SIMAD Debtors become aware of such parties.

18.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.